April 20, 2007

Mr. Stuart Smith
Naman, Howell, Smith & Lee, L.L.P.
900 Washington Avenue, 7th Floor
Waco, TX 76701
Ms. LaNelle L. McNamara
LaNelle L. McNamara, P.C.
1921 Austin Ave.
Waco, TX 76701

RE: Case Number: 04-0916
 Court of Appeals Number: 10-01-00205-CV
 Trial Court Number: 95-1529-4

Style: BAYLOR UNIVERSITY
 v.
 BETTY A. COLEY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Mr. Joe Johnson |